AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>In the Matter of the Extradition of<br>Allan MANN a/k/a Hailee Randolph DeSouza a/k/a<br>Hailee DeSouza a/k/a Hailee DeSousa<br><br>*Defendant* | Case No. 3:19mc136 (RMS) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Allan MANN

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Pursuant to 18 U.S.C. § 3184, being a fugitive from Canada, which has sought provisional arrest with a view toward extradition, under the extradition treaty between the U.S. and Canada and its protocols, for abduction in contravention of a custody order in violation of Canada's Criminal Code.

Date: 11/13/19

/s/
*Issuing officer's signature*

City and state:   New Haven, Connecticut

Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Allan MANN
Known aliases: Hailee Randolph DeSouza a/k/a Hailee DeSouza a/k/a Hailee DeSousa
Last known residence:
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth: Ghana
Date of birth: 09/24/1952
Social Security number:
Height:                                                                 Weight:
Sex: M                                                                  Race:
Hair: Black                                                             Eyes: Brown
Scars, tattoos, other distinguishing marks: Small scar on bridge of knows

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: United States Marshals Service

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: n/a