Civil- (Dec-2008)

HONORABLE: Robert M. Spector

DEPUTY CLERK A. Campbell          RPTR/ECRO/TAPE FTR

TOTAL TIME: _____ hours 28 minutes

DATE: 11/27/2019     START TIME: 9:39am     END TIME: 10:07am

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. ____3:19-mc-136(RMS)_____

| USA | Harold Chen |
|---|---|
| | Plaintiff's Counsel |
| vs | |
| Allan Mann | David Ring |
| | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing Int Appr

| | | | |
|---|---|---|---|
| ☐.....# ____Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.....# ____Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.....# ____Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.....# ____Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.....# ____Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.....# ____Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.....# ____Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐..... Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐..... Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐..... Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐... Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐..... ☐ Briefs(s) due _____  ☐ Proposed Findings due_____  Response due_____

☑............. financial affidavit has been filed in 18cr279          ☐ filed ☐ docketed

☑............. oral notice of appearance by David Ring on behalf of Allan Mann          ☑ filed ☐ docketed

☐............ _____          ☐ filed ☐ docketed

☐............ _____          ☐ filed ☐ docketed

☐............ _____          ☐ filed ☐ docketed

☐............ _____          ☐ filed ☐ docketed

☐............ _____ Hearing continued until _____ at _____

Notes: Defendant detained pending extradition