AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

NOV 27 2019 AM 11:17
FILED-USDC-CT-NEW HAVEN

| | | |
|---|---|---|
| United States of America<br>v.<br>In the Matter of the Extradition of<br>Allan MANN a/k/a Hailee Randolph DeSouza a/k/a<br>Hailee DeSouza a/k/a Hailee DeSousa<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:19mc136 (RMS) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Allan MANN

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Pursuant to 18 U.S.C. § 3184, being a fugitive from Canada, which has sought provisional arrest with a view toward extradition, under the extradition treaty between the U.S. and Canada and its protocols, for abduction in contravention of a custody order in violation of Canada's Criminal Code.

Date: 11/13/19

/s/
*Issuing officer's signature*

City and state:   New Haven, Connecticut

Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-27-19, and the person was arrested on *(date)* 11-27-19
at *(city and state)* New Haven, CT

Date: 11-27-19

DUSM [signature]
*Arresting officer's signature*

DUSM [printed]
*Printed name and title*