JAN 30 2020 PM 1:22
FILED-USDC-CT-NEW HAVEN

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF CONNECTICUT

United States Of America    Docket No: 3:19-MC-136 RMS
= V =     AND
Allan Mann    Docket No: 3:18-CR-279 JCH

## DEFENDANT'S MOTION TO TERMINATE COURT APPOINTED DEFENSE COUNSEL ATTY. DAVID RING.

I, defendant Allan Mann file this Motion with the Court for the Court to terminate the appointment and legal services of court appointed attorney Atty. David Ring with immediate effect based on the following FACTS:-

1). **FACT-1:** For ineffective assistance of counsel in total violation of my Sixth (6th) Amendment Rights.

2). **FACT-2:** My court appointed defense counsel, Atty. David Ring totally lacks the legal knowledge of the applicability of the "FIRST STEP-ACT (FSA)" and its applicable sections applicable to his client which has been a constant battle between the defendant and his defense Counsel, Atty. David Ring since Oct. 2019 to date. Even with PROOF of "FIRST STEP ACT" Policy Statement Sections that are applicable to 60-year olds, NON-VIOLENT offense defendants, irrespective of their legal status.

3). **FACT-3:** My court appointed defense counsel, Atty. David Ring is Completely LOST with respect to "FIRST STEP-ACT POLICY STATEMENT SECTION" applicability to his own client and have made absolutely NO EFFORT or attempt to find out if the "First Step-Act and its Policy Statements" indeed applies to this defendant. Not only that, Atty. David Ring has constantly been making invasive, inconsistent and inaccurate statements totally contrary to instituted "First Step-Act" and its implementations to specific 60-year old "NON-VIOLENT" defendants. In total Violation of defendant's sixth (6th) Amendment Rights to "effective assistance of Counsel."

4). **FACT-4:** Due to Atty. David Ring's lack of knowledge with respect to Instituted "First Step-Act" Policy Statements and its applicability to his over 60-year old defendant; STILL thinks the defendant who was sentenced to 18-months is to serve 15-months when the "First Step-Act" Policy Statements completely states otherwise relative to NON-VIOLENT 60-year old(s) irrespective of Legal status.

5). **FACT-5:** Under the "First Step-Act (FSA)", the defendant is to serve [$\frac{2}{3} \times 18$ months = 12-Months] and NOT 15-Months plus, as 60-year old. In total violation of defendant's Eighth (8th) Amendment Rights.

Respectively with these undisputed facts in Support about appointed defense counsel, Atty. Ring's ineffectiveness and deficiencies; I respectfully request the court

to terminate Atty. David Ring's legal Services and appoint a New defense counsel to defendant, And request that, my Motion be GRANTED. Thank You.

Date: Jan/29/2020    Submitted By Defendant:
Signed: Allan Mann
(Allan Mann)

## PROOF OF SERVICE

I, the undersigned testify and state that the individuals, attorneys and entities named below were served with same on this Jan/29/2020 by first class mail by the defendant.

cc:
The US District Court Clerks office
US District Court of CT.
141 church St. New Haven, CT

Atty. David Ring
Dana and Wiggin LLP
265 church St.
New Haven, CT 06510

The Assist. District Attorney
US Dist. Attys. Office of CT
157 church St.
New Haven, CT 06510

Defendant:
Signed: Allan Mann
(Allan Mann)
ID: 26046014
M. D. C
P. O. Box 329002
Brooklyn, NY 11232

③