Allan Mann
ID # 260 46 014
METROPOLITAN DETENTION CENTER
(M. D. C)
P. O. Box 329002
BROOKLYN, NY 11233

" LEGAL MAIL "
PRIVILEGE COURT MOTION
" URGENT COURT MOTION LEGAL MAIL "

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address

THE US DISTRICT COURT CLERK OF
US DISTRICT COURT OF CONN
141 CHURCH ST.
NEW HAVEN

01/28