# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF CONNECTICUT

UNITED STATES OF AMERICA     DOCKET NO: 3:19-MC-136 RMS
- V -      AND
ALLAN MANN     DOCKET NO: 3:18-CR-279 JCH

## DEFENDANT MOTION FOR DISCHARGE IN DEFAULT OF 18 USC § 3188 AND STAY

I defendant, Allan Mann in the above case; file this Motion for DISCHARGE in DEFAULT of 18 USC § 3188. The defendant sets forth these legal FACTS necessary to provide the legal grounds to its claims for DISCHARGE :—

1). FACT-1: The "FIRST STEP-ACT (FSA)" is a permitted applicable Legal Statute under the Law and ALL its stated Section Clauses, remedies and benefits thereof for NON-VIOLENT over 60-year olds are ALL enforceable by Law to the latter of the law, irrespective of one's legal Status.

2). FACT-2: The defendant who is over 60 years old was sentenced to 18-Months in violation of 18 USC 1001 of which the defendant have served 15-Months approx. in violation of defendants Rights under the Eighth (8th) Amendment of cruel and very unusual punishment and violation of the FIRST STEP-ACT (FSA), which requires defendant(s) to serve two-thirds (2/3) of his imposed sentence under the Law which should be by calculation(s) is :—

[$\frac{2}{3} \times 18\text{-months} = 12 \text{ months}$] for NON-Violent offense 60-year old, and NOT 15-Months plus.

3). FACT-3: Not only that, the additional 90-Days plus passed the 12-Month applicable period under the "First Step-Act (FSA)" than the 15-Month plus served approx. also violates 18 USC § 3188 clause and also passed the 60-days tolling of the "Legal Clock" for DISCHARGE.

4). FACT-4 UNDISPUTED: Established extradition Section § 2, 21 Discharge of accused for Delay, Supports defendant's asserted claims and invoked Section Codes including Section Codes Legal Statements as established in FACTS Nos: #1, #2, #3 and #4.

Respectfully therefore, Defendant file this Motion for DISCHARGE and STAY of Extradition by court ORDER, as fully established by this Motion and Legal FACTS Set forth thereof, contrary to court appointed counsel, Atty. David Ring deficient asserted claims and Ineffective assistance of counsel is GRANTED. Thank You.

Date: Jan/29/2020        Submitted by Defendant.
                         Signed: Allan Mann
                                 (Allan Mann)

SHT. ② OF ③

## PROOF OF SERVICE

I, the undersigned testify and state, the individuals and entities named below were served with same on this Jan-29-2020 by first class mail by the defendant.

Defendant:

Signed: Allan Mann
(Allan Mann)

CC:

The US District Court Clerks Office
US District Court of CT
141 Church St.
New Haven, CT 06510

ID #26046014
M.D.C.
P.O. Box 329002
Brooklyn, NY
11232

The Assistant District Attorney
US District Attorneys Office of CT
157 Church St.
New Haven, CT 06510

Atty. David Ring
Dana and Wiggin, LLP
265 Church St.
New Haven, CT 06510